GAS 442 (Rev. 07/17) Arrest Warrant         FILED '23 02 24 AM 10:53 MDGA-ALB

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

2121-0504-1246-D
FID # 155537 ∅

United States of America
v.

Saul Arthur Alvin, III
*Defendant*

Case No.   2:08CR00025-001

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Saul Arthur Alvin, III, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
The offender has absconded supervision and his current whereabouts are unknown.

Date: 5/4/2021

*Candy Asbell* (signature)
*Issuing officer's signature*

City and state: Brunswick, Georgia

Candy Asbell, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5-4-2021, and the person was arrested on *(date)* 2-24-2023
at *(city and state)* Morgan, Ga

Date: 2-24-2023

*Joshua Pereira* (signature)
*Arresting officer's signature*

Joshua Pereira, Deputy US Marshal
*Printed name and title*